**Order entered January 16, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01173-CV

**BRAUM'S, INC., Appellant**

**V.**

**IRMA AGUILAR, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06458**

## ORDER

Before the Court is appellee's January 14, 2020 unopposed motion for a ten-day extension of time to file her responsive brief. We **GRANT** the motion and **ORDER** appellee's responsive brief be filed no later than January 31, 2020.

/s/     BILL WHITEHILL
        JUSTICE